**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  ONB BANK AND TRUST COMPANY, an Oklahoma Corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>1. PHOENIX LIFE INSURANCE COMPANY, a New York life insurance company,<br>2. PHOENIX LIFE AND ANNUITY COMPANY, a Connecticut life insurance company,<br><br>　　　　　　　Defendants. | Case No. 12-CV-389-GKF-FHM<br>Base File |

**AGREED MOTION TO DISMISS
ONB BANK AND TRUST COMPANY'S CLAIMS AGAINST
<u>PHOENIX LIFE AND ANNUITY COMPANY WITHOUT PREJUDICE</u>**

ONB Bank and Trust Company ("ONB") and Phoenix Life and Annuity Company ("PLAC") hereby move the Court to dismiss ONB's breach of contract and bad faith claims against PLAC. As evidenced by the signatures of their respective counsel below, ONB and PLAC jointly request that the Court dismiss ONB's breach of contract and bad faith claims against PLAC, and it is stipulated by and between PLAC and ONB, that these claims should be dismissed without prejudice. This dismissal is only concerning the breach of claims and bad faith claims asserted by ONB as to PLAC and will not affect any remaining claims between ONB, PLAC and Amy Inman in the consolidated interpleader action.

WHEREAS, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this agreed motion and enter an order dismissing the case without prejudice. A proposed Order is being submitted contemporaneously herewith.

Respectfully Submitted,


By: /s/Garry M. Gaskins
(*signed by filing attorney with permission*)
    Gentner F. Drummond, OBA #16645
    Garry M. Gaskins, II, OBA #20212
    DRUMMOND LAW FIRM, PLLC
    1500 South Utica, Suite 400
    Tulsa, Oklahoma 74104-6522
    (918) 749-7378-Phone
    (918) 749-7869-Facsimile

    ATTORNEYS FOR ONB BANK AND TRUST COMPANY


By: /s/Christopher B. Woods
    Christopher B. Woods OBA #18881
    Elliot Anderson OBA #21098
    CROWE AND DUNLEVY
    A Professional Corporation
    500 Kennedy Building
    321 South Boston Avenue
    Tulsa, OK 74103-3313
    (918) 592-9800 (Main)
    (918) 592-9801 (Facsimile)

    Thomas F. A. Hetherington OBA # 30791
    EDISON, MCDOWELL & HETHERINGTON LLP
    Phoenix Tower
    3200 Southwest Freeway
    Suite 2100
    Houston, Texas 77027
    Telephone: (713) 337-5580
    Facsimile: (713) 337-8850
    thomas.hetherington@emhllp.com

    ATTORNEYS FOR PHOENIX LIFE AND ANNUITY COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of September, 2012 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher B. Woods
Elliot Paul Anderson
Michael Barkett

                                          s/Christopher B. Woods                .
                                          Christopher B. Woods